UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
1;21-CV-0123-MR-WCM

| | |
|---|---|
| ALBERT ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID K. OAKS ET AL,<br><br>Defendants | PLAINTIFF'S MOTION TO DISQUALIFY OPPOSING COUNSEL/ DEFENDANTS DAVID K. OAK AND JOHN EDWARD SPAINHOUR |

COMES NOW Plaintiff Albert Robinson who files this instant motion to disqualify Defendant/attorneys David K. Oaks and John Edward Spainhour and the law firm of McAngus, Goudelock & Courie for extreme conflict of interest inter alia. The Plaintiff will show by preponderance of the evidence that these attorneys should be disqualified from the case.

/s/ Albert Robinson
Albert Robinson
P.O. Box 7021
Gainesville, GA 30504
(678) 887-5406
Sodvn@protonmail.com

*(Certificates on following page.)*

1

## CERTIFICATE OF SERVICE

I Albert Robinson, certify that a true and correct copy of this Motion to disqualify opposing counsel, the memorandum in support of the motion and an exhibit appendix was mailed on 07/14/2021 and that the Clerk of Court will serve a copy of the aforementioned upon the Defendants via email from the Court ECF to their attorney of record Mr. David K. Oaks at doaksesq@comcast.net and dvraofile@gmail.com respectively, and to John Edward Spainhour at jspainhour@mgclaw.com.

## CERTIFICATE OF COMPLIANCE

I certify that this instant motion complies as to form and substance with LCvR's 5.2.1 & 7.1.

## CERTIFICATE OF CONFERENCE

As per LCvR 7.1(b) I attempted to confer with counsel but the number that Mr. Oaks lists on the motions only goes to an office in Punta Gorda, FL. I and others have called did not receive a response and was unable to talk to him over the telephone nor meet in person. I *attempted in good faith to resolve areas of disagreement* with Mr. Oaks. Mr. Spainhour still does not talk to me over the phone.

/s/ Albert Robinson
Mr. Albert Robinson