| ALBERT ROBINSON, Plaintiff, vs. DAVID K. OAKS et al, Defendants | PLAINTIFF'S COMPOSITE EXHIBIT "A" PROOF THAT SECTION 23 PROPERTY OWNER'S ASSOCIATION, INC. AND SECTION 23, PROPERTY OWNER'S ASSOCIATION, INC. ARE NOT ONE AND THE SAME |
|---|---|
| John Edward Spainhour claims that; Section 23 Property Owner's Association, Inc. is also known as (aka) Section 23, Property Owner's Association, Inc. and that they are one and the same. | David Keith Oaks claims that; "Please note that there is not now and has never been an entity known as Section 23 Property Owners which is separate and apart from Section 23 Property Owner's Association, Inc." and "Please note that Section 23 Property Owners is not a legal corporate entity existing under the laws of the State of Florida. Please advise whether you are seeking to inspect the records of Section 23, Property Owner's Association, Inc. which is a similarly named recognized legal entity." |
| What JES' statement means; JES's statement means that both Section 23 one comma and Section 23 two commas are one and the same. | What DKO's statements mean; DKO's statements mean that the entity Section 23 Property Owners, that is not legally existing under the laws of the State of Florida, is the same entity as Sec 23 one comma that DKO has been using to file hundreds of illegal lawsuits and that Sec 23 two commas is a |

1

| | |
|---|---|
| | similarly named recognized corporate entity which is separate and apart from Section 23 Property Owners which is one and the same as Sec 23 one comma, and that DKO has been committing identity theft for the past 23 years. DKO's statements also mean that when Section 23 Property Owners was closed down by the county for identity theft Sec 23 one comma was also closed for using the identity of the deceased board member and that DKO has been committing identity theft for the past 23 years by using the Sec 23 one comma name to file suits and respond to my complaints. |
| Evidence or proof to back JES' claim of Section 23, Property Owner's Association, Inc. and Section 23 Property Owner's Association, Inc. being one and the same entity;<br><br>Because JES says it's so. See Doc. #37-1, Pg 1, line 1. | Evidence or proof to back DKO's claim that Section 23, Property Owner's Association, Inc. is the legally recognized corporation and that the rest of the Section 23 clones are NOT one and the same but just similarly named entities to the legally recognized corporation;<br><br>**Exhibit 0002** - a copy of the certificate of no records for Sec 23 one comma from the Florida Secretary of State showing that Section 23 one comma does not exist, and;<br><br>**Exhibit 0005** - a copy of an returned "unservable" subpoena to Sec 23 one comma meaning the entity Sec 23 one comma, any employees, listings or tangible entity was ever found, and; |

2

**Exhibit 0007** - a copy of the 02//28/2014 filing of the annual report for Sec 23 two commas showing DKO to be the registered agent, and;

**Exhibit 0009** - a copy of a summons served on the true name Sec 23 two commas, and;

**Exhibit 0010** - DKO's own statement about Section 23 Property Owners and Sec 23 one comma being the same, and;

**Exhibit 0032** - a copy of the articles of incorporation changing the name from Sec 23 one comma to Sec 23 two commas on 12/02/1997 drafted and signed by DKO, and;

**Exhibit 0078** - a copy of DKO's letter stating that Section 23 Property Owners is not a legal entity recognized by the FLSOS and that Sec 23 two commas is a legal entity that is recognized and that the two are not the same entity but the non-legally entity has a similar name to the legally recognized entity, and;

**Exhibit "0228c"** - a reduced edited composite of the summons for the real Section 23, Property Owner's s Association, Inc. and served on David K. Oaks.

**Exhibit 0234** - a copy of the judicial notice that the legal name of the POA is Section 23, Property Owner's Association, Inc. which makes all of the other actions using the fake names unlawful actions and fraud , and;

3

| | |
|---|---|
| | **Exhibit 0235** - a copy of the ruling that Mobile Gardens I is not the same entity as Mobile Gardens II and that the right to enforce deed restrictions went with Mobile Gardens I. DKO was filing lawsuits using MG II as the Plaintiff and it costs the victims over $67,000.00 to prove that DKO was filing false deed restriction lawsuits, and; |
| | **Exhibit 0274** - a copy of the state of Florida uniform commercial code financing statement showing the loan information taken out in the name of the true corporation, Section 23, Property Owner's Association, Inc., and; |
| | **Exhibit "0483"** - a copy of the letter from the Florida Department of Economic Opportunity stating that they have no record of the information that I had requesting as to the date the covenants were renewed for Section 23, Property Owner's Association, Inc. |
| | **Exhibit "0484"** - a copy of the first two pages of the deed restriction renewals showing Joseph E. Adams Esq. as the attorney who drafted the documents and the name as Section 23, Property Owner's Association, Inc. |
| | **Exhibit "0485"** - a copy of an email from the Florida secretary of state stating the true name of Section 23, Property Owner's Association, Inc. and that Section 23 Property Owner's Association, Inc. was the old name. |

|  | **Evidence not listed;** <br><br> Numerous lawsuits filed by banks foreclosing on property and listing the legal name Sec 23 two commas as a Defendant because the paralegal looked up the true name on Sunbiz and saw that it said Sec 23 two commas. |
|---|---|
| **CONCLUSION;** <br><br> JES has not submitted **any** hard copy evidence, personal testimony, affidavits of anyone with first, second or 50th hand knowledge, official records, or even any IOU's for that matter, to back up JES' unsubstantiated averment that Section 23 Property Owner's Association, Inc. and Section 23, Property Owner's Association, Inc. are one and the same but expects this Court, and the jury, to gleefully accept this as incontrovertible truth just because it was uttered by an attorney. It's not. | **CONCLUSION;** <br><br> I have submitted just a fraction of the evidence that I have confirming that Section 23, Property Owners Association, Inc. and Section 23 Property Owner's Association, Inc. are **NOT.** I have submitted an abundant amount of evidence from a number of various unconnected sources, and have a bunch more in the files, to prove that DKO has been using a fake POA, Sec 23 one comma, to file hundreds of lawsuits including 11-3581-CA and 14-601-CC which means that all of the Florida judges were without jurisdiction to adjudicate the cases and any and all orders derived from the cases void ab initio and that DKO, and now JES, was committing fraud and barratry. <br><br> If it pleases the Court I can have someone comb through the court records and combine a list of all of the cases filed against Sec 23 two commas. |

*Albert Robinson*