# PRIORITY MAIL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: P.O. Box 702 Gainesville G 30504

RECEIVED
ASHEVILLE NC
JUL 19 2021
U.S. DISTRICT COURT
DISTRICT OF N.C.

# PRIORITY MAIL 2-DAY®

EXPECTED DELIVERY DAY: 07/19/21

0004

SHIP TO: USD Court Clerk of Courts
100 OTIS ST
Asheville NC 28801-2608

C015

USPS TRACKING® NUMBER

9505 5065 9606 1195 2326 85

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

PS00001000014