IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00123-MR-WCM

| | |
|---|---|
| ALBERT ROBINSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| DAVID KEITH OAKS, ESQ., ) | |
| THE LAW FIRM OF DAVID K. OAKS, P.A., ) | |
| SECTION 23 PROPERTY OWNER'S ) | |
| ASSOCIATION, INC., ) | |
| FIVE OAKS INVESTMENTS, INC., ) | |
| THE DAVID K. OAKS PERSONAL TRUST, ) | |
| D. V. RAO, JOHN EDWARD SPAINHOUR, ) | |
| MCANGUS, GOUDELOCK & COURIE, PLLC, ) | |
| SECTION 23, PROPERTY OWNER'S ) | |
| ASSOCIATION, INC. ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion for Leave to Bring Laptop and Cell Phone to Upcoming Hearing or in the Alternative to Attend the Hearing Telephonically (the "Motion for Leave," Doc. 72).

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED IN PART** as follows:

(1) Plaintiff is **GRANTED LEAVE** to bring his laptop and cell phone to the hearing currently set for September 9, 2021 beginning at 10:00 a.m. However, such leave is limited to use of these electronic devices solely for

purposes of participating in the September 9 hearing, and Plaintiff is **ADVISED** that he must adhere to all requirements set forth in the Local Civil Rules, including those set forth in LCvR 83.3.

(2) Plaintiff's alternative request to attend the September 9 hearing telephonically is **DENIED**.

Signed: August 30, 2021

W. Carleton Metcalf
United States Magistrate Judge