IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00123-MR-WCM

| | |
|---|---|
| ALBERT ROBINSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| DAVID KEITH OAKS, ESQ., ) | |
| THE LAW FIRM OF DAVID K. OAKS, P.A., ) | |
| SECTION 23 PROPERTY OWNER'S ) | |
| ASSOCIATION, INC., ) | |
| FIVE OAKS INVESTMENTS, INC., ) | |
| THE DAVID K. OAKS PERSONAL TRUST, ) | |
| D. V. RAO, JOHN EDWARD SPAINHOUR, ) | |
| MCANGUS, GOUDELOCK & COURIE, PLLC, ) | |
| SECTION 23, PROPERTY OWNER'S ) | |
| ASSOCIATION, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on a Motion for Extension of Time filed by Defendants McAngus Goudelock and Courie, PLLC and John E. Spainhour (Doc. 117) and a Motion for Extension of Time filed by Defendant David Keith Oaks (Doc. 118).

Both Motions request a fourteen (14) day extension of time to respond to Plaintiff's "Motion for Sanctions Against Attorneys John Edward Spainhour, David K. Oaks, The Law Firms of McAngus, Goudelock & Couries and David K. Oaks, P.A." (the "Motion for Sanctions," Doc. 109).

For the reasons stated therein, the Motions will be allowed.

**IT IS HEREBY ORDERED** that the Motion for Extension of Time filed by Defendants McAngus Goudelock and Courie, PLLC and John E. Spainhour (Doc. 117) and the Motion for Extension of Time filed by Defendant David Keith Oaks (Doc. 118) are **GRANTED**, and the deadline for these Defendants to file responses to Plaintiff's Motion for Sanctions is **EXTENDED** by fourteen (14) days, through and including December 3, 2021.

Signed: November 17, 2021

W. Carleton Metcalf
United States Magistrate Judge